1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

KEVIN FIELDS,

Case No. 3:17-cv-00691-MMD-VPC

10

Petitioner,

ORDER

11

v.

12

JAMES DZURENDA, et al.,

13

Respondents.

14
15

Petitioner Kevin Fields has submitted a *pro se* petition for writ of habeas corpus,

16
17

pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) However, petitioner has failed to submit an

application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has

18

not been properly commenced. *See* 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

19

Petitioner has filed a properly executed financial certificate and inmate account

20

statements. Therefore, petitioner will have thirty (30) days from the date of this order to

21

either pay the $5.00 filing fee or submit a completed application to proceed *in forma*

22

*pauperis* on the proper form. Failure to do so may result in the dismissal of this action

23

without prejudice.

24

It is therefore ordered that within thirty (30) days of the date of this order petitioner

25

must submit either the $5.00 filing fee or an application to proceed *in forma pauperis.*

26

It is further ordered that failure to do so may result in the dismissal of this action

27

without prejudice.

28

It is further ordered that the Clerk send to petitioner one copy of the form for the application to proceed *in forma pauperis* by a prisoner, along with the instructions to complete the form.

DATED THIS 6th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE