UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN FIELDS,<br><br>                 Petitioner,<br>    v.<br>JAMES DZURENDA, *et al.*,<br><br>                 Respondents. | Case No. 3:17-cv-00691-MMD-CLB<br><br>ORDER |

Three recent orders have been sent to *pro se* 28 U.S.C. § 2254 habeas corpus petitioner Kevin Fields at High Desert State Prison—his address of record—but have been returned by the U.S. Postal Service as undeliverable. (ECF Nos. 18, 19, 23, 24, 25.) The Court notes that the Nevada Department of Corrections website reflects that Fields expired his sentence about a year ago. Local Rule IA 3-1 requires "an attorney or pro se party to immediately file with the court written notification of any change of mailing address. . . . The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions. . . ." Because petitioner has failed to file written notification of change of address with the Court, the Court will dismiss this action with prejudice.

It is therefore ordered that this action is dismissed with prejudice.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the dismissal of the petition to be debatable.

///

///

///

///

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 3rd day of December 2019.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT